IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                                                PLAINTIFF

v.                          No. 3:16-cv-145-DPM

EDDIE WEEMS, Trumann Police Department;
JUSTIN HOOTEN, Trumann Police
Department; JEFF WEAVER, Trumann Police
Department; CHAD HENSON, Trumann Police
Department; TRUMANN POLICE
DEPARTMENT                                                                  DEFENDANTS

ORDER

Nixon hasn't responded to the Court's 7 July 2016 Order. № 4. Instead, his mail is still being returned undelivered. № 6 & 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2016