IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                                              PLAINTIFF

v.                              No. 3:16-cv-145-DPM

EDDIE WEEMS, Trumann Police Department;
JUSTIN HOOTEN, Trumann Police
Department; JEFF WEAVER, Trumann Police
Department; CHAD HENSON, Trumann Police
Department; TRUMANN POLICE
DEPARTMENT                                                             DEFENDANTS

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2016